## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

September 22, 2009

Glen H. Ripa, Esq.
225 Broadway, Suite 1200
New York, NY 10007

John P. Campbell, Esq.
Schenck, Price, Smith & King, LLP
10 Washington Street
P.O. Box 905
Morristown, NJ 07963-0905

VIA REGULAR & CERT. MAIL, R.R.R.
Mr. Eric Schneider
P.O. Box 3936
Kingston, NY 12402

### LETTER ORDER

Re:   **Direct Wholesale, Inc. v. STX Communications, LLC, et al.**
        **Civil Action No.  09-2139 (SDW)**

Dear Counsel and Defendants:

Attorney Glen H. Ripa, Esq. has moved for leave to withdraw as counsel for defendants N. Gilani, R. Gilani and Diamond Phone Cards, Inc.  I have considered the papers considered in support of the motion.  No papers were filed in opposition to the motion.

This Court finds that good cause exists within the contemplation of R.P.C. 1.16(b)(6) for withdrawal of counsel from this case. Accordingly, the motion for leave to withdraw <u>for these defendants only</u> is granted. Mr. Ripa is further ordered to provide his clients with copies of this Order.

Defendant Diamond is a corporate entity.  Under the law, it must be represented by a member of the bar.  However, Erich Schneider, a New York attorney, has represented to the Court that he will

be entering an appearance on behalf of Diamond and the individual defendants.  If counsel has not entered an appearance on behalf of Diamond by October 13, 2009, I will ask Judge Wigenton to strike its answer and enter default against it.

As to defendants N. Gilani and R. Gilani, if new counsel is not secured and an appearance entered by October 13, 2009, they will deemed to be proceeding on a pro se basis.

All parties are directed to appear before the Court for a R16 status conference on **October 13, 2009 at 10:00 a.m.**.  Failure to appear will result in sanctions.

**SO ORDERED.**

s/Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Susan D. Wigenton, U.S.D.J.
      All Parties
      File